# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE ANGLO,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT ENERGY SERVICES, LLC and AGR GROUP NEVADA, LLC d/b/a EXECUTIVE ENERGY MANAGEMENT**,**<br><br>Defendants. | Case No. 1:18-cv-02040<br><br>Honorable Judge Sara L. Ellis |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, MARIA GUADALUPE ANGLO ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, AGR GROUP NEVADA, LLC d/b/a EXECUTIVE ENERGY MANAGEMENT, only, without prejudice. Each party shall bear its own costs and attorney fees.

Dated: March 26, 2018          Respectfully Submitted.

/s/ Taxiarchis Hatzidimitriadis
Taxiarchis Hatzidimitriadis, Est. #6319225
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630)575-8181
Fax: (630)575-8188
thatz@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                    */s/ Taxiarchis Hatzidimitriadis*
                                                    Taxiarchis Hatzidimitriadis