**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARIA GUADALUPE ANGULO, | |
| Plaintiff, | Case No. 1:18-cv-02040 |
| v. | Honorable Judge Sara L. Ellis |
| DIRECT ENERGY SERVICES, LLC, | |
| Defendant. | |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that MARIA GUADALUPE ANGULO ("Plaintiff"), hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 9th day of August, 2018.

                                        Respectfully submitted,

                                        */s/ Nathan C. Volheim, Esq.*
                                        Nathan C. Volheim
                                        Sulaiman Law Group, Ltd.
                                        2500 S. Highland Avenue, Suite 200
                                        Lombard, Illinois 60148
                                        Phone: (630) 575-8181
                                        nvolheim@sulaimanlaw.com
                                        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                      s/ Nathan C. Volheim_____
                                                      Nathan C. Volheim