UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE ANGULO,<br><br>　　Plaintiff,<br>v.<br><br>DIRECT ENERGY SERVICES, LLC,<br><br>　　Defendant. | Case No. 1:18-cv-02040<br><br>Honorable Judge Sara L. Ellis |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MARIA GUADALUPE ANGULO, and the Defendant DIRECT ENERGY SERVICES, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against DIRECT ENERGY SERVICES, LLC, pursuant to settlement Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: August 22, 2018　　　　　　　　　　　　Respectfully Submitted,

**MARIA GUADALUPE ANGULO**　　　　　　**DIRECT ENERGY SERVICES, LLC**

/s/ Nathan C. Volheim　　　　　　　　　　　/s/ William B. Thomas (*with consent*)
Nathan C. Volheim　　　　　　　　　　　　William B. Thomas
*Counsel for Plaintiff*　　　　　　　　　　　*Counsel for Defendant*
Sulaiman Law Group, LTD　　　　　　　　1001 Fannin Street, Suite 2700
2500 S. Highland Avenue, Suite 200　　　　Houston, Texas 77002
Lombard, Illinois 60148　　　　　　　　　Phone: (713) 337-5580
Phone: (630) 575-8181　　　　　　　　　　Fax: (713) 337-8850
Fax :( 630) 575-8188　　　　　　　　　　　william.thomas@mhllp.com
nvolheim@sulaimanlaw.com