UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Maria Guadalupe Angulo
                                  Plaintiff,

v.                                                       Case No.: 1:18−cv−02040
                                                        Honorable Sara L. Ellis

Direct Energy Services, LLC, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 23, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Parties having filed a stipulation of dismissal [20], the instant action is hereby dismissed with prejudice as to Defendant Direct Energy Services, LLC with each party to bear its own costs and fees. All pending dates and motions, if any, are stricken as moot. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.